UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CRIMINAL ACTION NO. 3:99CR-136-H

UNITED STATES OF AMERICA                                                         PLAINTIFF

V.

MALCOLM HOWARD                                                                   DEFENDANT

**MEMORANDUM AND ORDER**

Upon consideration of Defendant's Motion Rule 60(b) and the response filed by the United States, it appears that Defendant's motion is untimely and that 21 U.S.C. § 841(b)(1)(B)(ii)(II) does carry a mandatory five-year minimum and forty-year maximum prison sentence for possession with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine. Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendant's motion is DENIED.

cc:     Malcolm Howard, *Pro Se*
        U.S. Attorney